**Alex Thomas HUNT, Petitioner–
Appellant,**

**v.**

**E.E. WRIGHT, Warden, Respondent–
Appellee.**

**No. 00–6897.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 17, 2001.

Alex Thomas Hunt, pro se. Eugene Paul Murphy, Office of the Attorney Gen-

eral of Virginia, Richmond, VA, for appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit JJ.

PER CURIAM.

Alex Thomas Hunt seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Hunt v. Wright,* No. CA–99–795–AM (E.D.Va. filed June 5, 2000; entered June 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*